

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00595-CV

**IN THE INTEREST OF M.R.H.**, et al., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-22755
Honorable Lisa Jarrett, Judge Presiding

PER CURIAM

Sitting:        Luz Elena D. Chapa, Justice
                   Irene Rios, Justice
                   Beth Watkins, Justice

Delivered and Filed: December 23, 2024

DISMISSED FOR LACK OF JURISDICTION

On October 20, 2023, pro se appellant K.H., the mother of M.R.H., filed a petition to modify the parent-child relationship. After a year of litigation, K.H. filed a notice of appeal on September 5, 2024 purporting to appeal a "final judgment/order entered by the trial court on September 3, 2024."

The Texas Rules of Appellate Procedure require the notice of appeal to state the date of the judgment or order appealed from. TEX. R. APP. P. 25.1(d)(2). However, the record contains no order dated September 3, 2024. Upon further review, appellant appeared to be referring to the trial court's September 24, 2024 "Temporary Orders in Suit to Modify Parent-Child Relationship." This Court has jurisdiction only over appeals from final judgments and those interlocutory orders specifically authorized by statute. *See Bison Bldg. Materials, Ltd. v. Aldridge*, 422 S.W.3d 582,

585 (Tex. 2012); *CMH Homes v. Perez*, 340 S.W.3d 444, 447–48 (Tex. 2011); *see also* TEX CIV. PRAC. & REM. CODE § 51.014 (authorizing appeals from certain interlocutory orders). Temporary orders in a suit to modify parent-child relationship are not subject to interlocutory appeal. *See* TEX. FAM. CODE § 105.001(e) ("Temporary orders rendered under this section are not subject to interlocutory appeal."); *Int. of R.W.*, No. 02-20-00405-CV, 2021 WL 5132534, at *1 (Tex. App.— Fort Worth Nov. 4, 2021, no pet.).

We, therefore, ordered appellant to show cause no later than November 25, 2024 why this appeal should not be dismissed for lack of jurisdiction. We admonished appellant if she failed to satisfactorily respond to this order within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3. Appellant has not filed a response.

Accordingly, this appeal is dismissed.

PER CURIAM